# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2017

155292

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LUCAS DANIEL GONZALES,
      Defendant-Appellant.

SC: 155292
COA: 328060
Berrien CC: 2014-003822-FC

_____/

      On order of the Court, the application for leave to appeal the December 29, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2017



Clerk

t1017